| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TANYA B. SYED<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (530) 393-9583, AND 2071 AMANDA WAY, APARTMENT #44, CHICO, CA 95928<br><br>Defendants. | CASE NO.: 2:20-SW-159-CKD, 2:20-SW-160-CKD, 2:20-SW-234-AC<br><br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: April 2, 2020

*[signature]*

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

~~PROPOSED~~ ORDER TO UNSEAL SEARCH WARRANTS